UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEOVANNI XAVIER GINETT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-01403-ACA-JHE |
| ) | |
| JOHN HAMM, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

Petitioner Geovanni Xavier Ginett filed, through counsel, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). On November 28, 2022, the magistrate judge recommended that the court transfer this action to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. §§ 1631, 2241(d). (Doc. 2). Although the magistrate judge advised Mr. Ginett of his right to file specific written objections within fourteen days and of the consequences of failing to object, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the court **TRANSFERS** the petition for a writ of habeas corpus filed pursuant to 28 U.S.C.

§ 2254 in the above-styled cause to the United States District Court for the Southern District of Alabama.

**DONE** and **ORDERED** this December 20, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE